# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 2, 2022

Lyle W. Cayce
Clerk

————————

No. 18-50635

————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellant*,

*versus*

SAMUEL TANEL CRITTENDEN,

*Defendant—Appellee.*

————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:17-CR-2039-2

————————

(Opinion August 20, 2020, 5 Cir., 2020, 971 F.3d 499, withdrawn)
(Opinion February 8, 2022, 5 Cir., 2022, 25 F.4th 347)

Before OWEN, *Chief Judge*, and JONES, SMITH, STEWART, DENNIS, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, COSTA, WILLETT, HO, DUNCAN, ENGELHARDT, OLDHAM, and WILSON, *Circuit Judges*.

PER CURIAM:

A majority of the circuit judges in regular active service and not disqualified having voted in favor, on the Court's own motion, to rehear this case en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs. Pursuant to 5th Circuit Rule 41.3, the panel opinion in this case dated February 8, 2022, is VACATED.